**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
OWEN HARTY,

                Plaintiff,

    -against-                                20 **CIVIL** 2779 (PMH)

**JUDGMENT**

CHRISTY KOUTSOURADES and HELEN
KOUTSOURADES,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 7, 2021, Plaintiff's motion for default judgment is DENIED and the action is DISMISSED without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

    April 8, 2021

                                                **RUBY J. KRAJICK**
                                                Clerk of Court

                                **BY:**
                                                  **Deputy Clerk**